IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
CIVIL ACTION - LAW

| | | |
|---|---|---|
| JEANNE CAPPARELL AND | : | CIVIL ACTION NO.: 3:18 CV-02139 |
| MICHAEL VINCENT CAPPARELL | : | (J. MANNION) |
| Plaintiffs | : | |
| v. | : | |
| | : | |
| SANGHA HARPRET | : | JURY TRIAL DEMANDED |
| and | : | (JURY OF TWELVE REQUESTED) |
| BHUPINDER GOLD STAR EXPRESS | : | |
| B2B TRUCK LINES | : | |
| BHUPINDER KAUR d/b/a | : | |
| GOLDSTAR EXPRESS | : | |
| Defendants | : | |

## STIPULATION

It is hereby STIPULATED, by and among undersigned counsel for the respective parties, that:

1. All claims of recklessness, wanton conduct, reckless disregard, and all claims seeking punitive damages are hereby STRICKEN from Plaintiffs' Complaint without prejudice, preserving for Plaintiff the right to reinstate said claims should discovery yield a sufficient factual basis therefor. Defendants will not raise the statute of limitations as a bar to said claims for punitive damages, as such is deemed tolled;

2. The heading of Count V is STRICKEN from Plaintiffs' Complaint with prejudice, and all claims asserted within Count V are subject to the STIPULATION set forth in paragraph 1, *supra*;

3. Paragraphs 23(q), 31(o), 36(u) and 36(bb) are hereby STRICKEN from Plaintiffs' Complaint with prejudice.

| | |
|---|---|
| ZOLA LAW OFFICES | KELLY GRIMES PIETRANGELO & VAKIL, P.C. |
| *Angel Mae T. Webby-Zola* | |
| Angel Mae T. Webby-Zola, Esquire | *Donald M. Grimes* |
| COUNSEL FOR PLAINTIFFS | Donald M. Grimes, Esquire |
| 129 SUSQUEHANNA BOULEVARD | COUNSEL FOR DEFENDANTS, |
| WEST HAZLETON, PA 18202 | SANGHA HARPRET, BHUPINDER GOLD |
| (570) 501-2822 | STAR EXPRESS, BHUPINDER KAUR d/b/a, |
| | GOLDSTAR EXPRESS |
| Date: | 36 EAST SECOND STREET |
| | P.O. BOX 1048 |
| | MEDIA, PA 19063 |
| | (610) 565-0600 |
| | Date: |

## ORDER

IT IS HEREBY ORDERED and DECREED that:

1. All claims of recklessness, wanton conduct, reckless disregard, and all claims seeking punitive damages are hereby STRICKEN from Plaintiffs' Complaint without prejudice, preserving for Plaintiff the right to reinstate said claims should discovery yield a sufficient factual basis therefor; Defendants will not raise the statute of limitations as a bar to said claims for punitive damages, as such is deemed tolled;

2. The heading of Count V is STRICKEN from Plaintiff's Complaint, with prejudice, and all claims asserted within Count V are subject to the STIPULATION set forth in paragraph 1, *supra*;

3. Paragraphs 23(q), 31(o), 36(u) and 36(bb) of Plaintiffs' Complaint are hereby STRICKEN with prejudice.

Dated: 2/8/19

BY THE COURT:

_____ J.